# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2023

### NO. 03-21-00520-CV

**Scott Many, Appellant**

**v.**

**Victoria Ridgely, as Independent Executor of the Estate of Marjorie Dell Many, Deceased, Appellee**

### APPEAL FROM COUNTY COURT OF LLANO COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on August 27, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.